UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EUGENE LAMAR HAMILTON,

    Plaintiff,

vs.

L. SANCHEZ,

    Defendant.

No. C 13-3410 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a former prisoner. The court found that plaintiff had failed to state a claim and dismissed the amended complaint with leave to amend after discussing the deficiencies of the amended complaint. The time to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the court.[1] This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: February 24, 2014.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.13\Hamilton3410.dis-fta.wpd

---

[1] Plaintiff filed a motion for reconsideration regarding the dismissal with leave to amend that the court denied. Docket No. 11. Plaintiff was again informed of the deficiencies of the complaint and provided additional time to file a new complaint, but the deadline has passed.